FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 10 AM 10: 58

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DERIC LAMONS EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 105-132 |
| | ) |
| LOGAN MARSHALL, Sheriff, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the McDuffie County Jail and the McDuffie County Commissioners are **DISMISSED** from this case.

SO ORDERED this 10th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that Plaintiff's request for immediate medical treatment more properly belongs in a motion for injunctive relief served upon the remaining Defendant in this case, Sheriff Logan Marshall, rather than in objections which were not served on the opposition and to which Sheriff Marshall had no opportunity to respond. Plaintiff is reminded of the instructions in the Magistrate Judge's November 28, 2005 Order that directed Plaintiff to serve on the opposition a copy of every pleading or document submitted to the Court. (See doc. no. 8, pp. 3-4).